IAN M. SAMMIS (CA State Bar No. 45883)
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Telephone: (415) 457-4200
Facsimile: (415) 454-5294

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROBIN L. TYLER, | ) Case No. C 06-03056 CW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) EXTENDING TIME TO FILE |
| JO ANNE B. BARNHART, | ) PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security, | ) SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Robin L. Tyler may have an extension of 30 days in which to file her Motion for Summary Judgment.  Plaintiff's response is due on October 16, 2006, pursuant to Civil L.R. 16-5.

IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | Dated: September 25, 2006 | signed /IAN M. SAMMIS/ |
| 2 | | |
| 3 | | _____ |
| | | Ian M. Sammis |
| 4 | | Attorney for Robin L Tyler |
| 5 | Dated:  September 25, 2006 | |
| 6 | | KEVIN  V. RYAN |
| | | UNITED STATES ATTORNEY |
| 7 | | |
| 8 | | Signed /Sara Winslow/ |
| | | By_____ |
| 9 | | Sara Winslow |
| 10 | | Assistant United States Attorney |

**ORDER**

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated:  September  27 , 2006     /s/ Claudia Wilken
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

Stipulation and Proposed Order        Page 2 of 2        Case No. C 06-03056 WC

1  Dated: September 25, 2006           signed /IAN M. SAMMIS/

3                                      Ian M. Sammis
4                                      Attorney for Robin L Tyler

5  Dated: September     , 2006

6                                      KEVIN V. RYAN
                                       UNITED STATES ATTORNEY
7
8                                      Signed /Sara Winslow/
                                       By_____
9
10                                     Sara Winslow
                                       Assistant United States Attorney
11
12                         **ORDER**
13
   The parties having stipulated as set forth above,
14
15 **IT IS SO ORDERED.**
16
17 Dated: September _____, 2006        _____
18                                     CLAUDIA WILKEN
19                                     UNITED STATES DISTRICT JUDGE
20
...
28