1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                             OAKLAND DIVISION

12 ROBIN L. TYLER,                )
                                  )
13     Plaintiff,                 )  CIVIL NO.   06-03056 CW
                                  )
14     v.                         )  STIPULATION AND ORDER EXTENDING
                                  )  DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,           )  RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security, )  MOTION FOR SUMMARY JUDGMENT
16                                )
       Defendant.                 )
17 _____  )

18     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 November 15, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on December 15,

22 2006.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

[1] See attached Declaration of Jacqueline A. Forslund.

1 | This is defendant's first request.
2 |
3 |
4 |
5 | Dated: November 16, 2006            /s/
6 |                                     IAN M. SAMMIS
                                        Attorney for Plaintiff
7 |
8 |                                     KEVIN V. RYAN
                                        United States Attorney
9 |
10 |
11 |
12 | Dated: November 16, 2006    By:    /s/
                                        SARA WINSLOW
13 |                                    Assistant United States Attorney
14 |
15 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
16 |
17 |
18 |     11/28/06                       [signature: Claudia Wilken]
19 | Dated:                             _____
20 |                                    CLAUDIA WILKEN
                                        United States District Judge

TYLER, EXT.MXSJ (jaf)
C 06-03056 CW                                    2

1 KEVIN V. RYAN, CSBN 118321
United States Attorney
2 JOANN M. SWANSON, SBN 88143
Chief, Civil Division
3 SARA WINSLOW, DCBN 457643
Assistant United States Attorney
4
5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
6 Facsimile: (415) 436-7169

7 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ROBIN L. TYLER, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. 06-03056 CW |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | DECLARATION OF JACQUELINE A. FORSLUND IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| Defendant. | ) | |

I, Jacqueline A. Forslund, declare and state as follows:

1.  I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

2.  This case was reassigned to me on November 3, 2006. I plan to present this case to the Office of Hearings and Appeals, Appeals Council, to review for purposes of settlement. In order to ensure that the Appeals Council's review can be completed, I am requesting a 30 day extension.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on November 7, 2006.

                           By        /s/
                                Jacqueline A. Forslund
                                Assistant Regional Counsel